# United States Bankruptcy Court
## Southern District of Mississippi

Danny L. Miller
Clerk



**Jackson Office**
P. O. Box 2448
Jackson, MS 39201-2448
Telephone: 601-608-4600

**Gulfport Office**
2012 15th Street, Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

### MEMORANDUM

TO:     Kimberly R. Lentz, Esq.

FROM:   Deb Santos

DATE:   July 1, 2013

RE:     11-51156-KMS
        Micheal Brent Pierce & Megan Elizabeth Brannon-Pierce

There has been no activity in the above referenced bankruptcy case since your Status Report filed on June 26, 2012. Please advise the Clerk's Office with a current status, by completing the bottom portion of this notice.

Your immediate attention would be greatly appreciated.

---

### REPLY:

[✓] Class action/law suit still pending.
    Will provide Clerk's office with a status report: ( ) 6 months   (✓) 12 months.

[ ] No assets discovered; will file Trustee Report of No Distribution

[ ] Trustee's Final Report of Administration of Estate . . . to be filed

[ ] Other (brief description) _____

Dated: 7/2/13          Signed by: _____